# UNITED STATES OF AMERICA
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Case No: 5:20-CR-529-1D

**UNITED STATES OF AMERICA**

**vs.**                          **ORDER**

**TILDREN SHERRON HUNTER**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on September 9, 2021 be turned over to <u>Detective Steve Kopcsak</u> to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 4 | Knotted grocery bag and contents: tablet pieces and powder containing cocaine and methamphetamine, 11 tablets containing methamphetamine |
| 5 | Knotted cellophane wrapper and its contents: tablet pieces and powder containing methamphetamine, 10 tablets containing methamphetamine |
| 6 | Knotted plastic bag containing tablet pieces and powder: methamphetamine and cocaine |
| 7 | $171.00 in U.S. Currency |
| 8 | Digital Scale |
| 9 | Knotted grocery bag with white powder: no controlled substance identified |
| 10 | Plastic bag containing a green leafy substance |

This 9th day of September, 2021.

*[signature]*
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: *[signature: STEVE KOPCSAK]*